ACCEPTED
05-15-00029-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/24/2015 3:46:01 PM
LISA MATZ
CLERK

## NO. 05-15-00029-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/24/2015 3:46:01 PM
LISA MATZ
Clerk

J.A. GREEN DEVELOPMENT CORP.; JAGI, INC.; AND JAGI VERDE LLC,
*Appellants,*

v.

GRANT THORNTON, LLP, JAMIE B. FOWLER; AND
AKIN GUMP STRAUSS HAUER & FELD LLP,
*Appellees.*

On Appeal from the 14th District Court of Dallas County, Texas
Cause No. DC-14-00312

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANTS

LaDawn H. Conway
State Bar No. 04715800
ALEXANDER DUBOSE JEFFERSON &
  TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas  75206-4026
Telephone: (214) 369-2358
Telecopier: (214) 369-2359
lconway@adjtlaw.com

David R. Deary
Texas Bar No. 05624900
W. Ralph Canada, Jr.
Texas Bar No. 03733800
Wilson E. Wray
Texas Bar No. 00797700
K. Adam Rothey
Texas Bar No. 24051274
LOEWINSOHN FLEGLE DEARY, LLP
12377 Merit Drive, Suite 900
Dallas, Texas  75251
Telephone: (214) 572-1700
Telecopier: (214) 571-1717
dearyd@LFDlaw.com
ralphc@LFDlaw.com
wilsonw@LFDlaw.com
adamr@LFDlaw.com

COUNSEL FOR APPELLANTS

TO THE HONORABLE COURT OF APPEALS:

Appellants J.A. Green Development Corp., JAGI, Inc. and JAGI Verde LLC ("Appellants") file this first motion for extension of time to file their Reply Brief of Appellants.

1.   The present deadline for Appellants' Reply Brief is July 2, 2015.

2.   Appellants seek an extension of 14 days until July 16, 2015, in which to file their Reply Brief.

3.   This is Appellants' first request for an extension of time for this brief.

4.   This motion is unopposed.

5.   Appellants request an extension because counsel have a number of other matters that have interfered with their ability to prepare this brief by the current due date, as follows:

**Loewinsohn Flegle Deary, LLP**

- preparation of opening brief due July 8 on behalf of Appellants in *Alan J. Kaufman, et al. v. Gramercy Advisors, LLC, et al.*, No. 15-0106, Appellate Court of Illinois, First Judicial District;

- response due July 10 to Gramercy's Motion to Dismiss Plaintiffs' Petition for Relief from Judgment in *Alan J. Kaufman, et al. v. BDO Seidman, L.L.P., et al.*, Cause No. 12 L 13292, in the Circuit Court of Cook County, Illinois; and

- opening brief due July 13 on behalf of Appellants in *Gramercy Advisors LLC, et al. v. J.A. Green Development Corp., et al.*, Index No. 650166/14, In the New York Supreme Court, Appellate Division – First Department.

**Alexander Dubose Jefferson & Townsend LLP**

- preparation of brief of appellant, due June 26, 2015,[1] in *Kartsotis v. Bloch, et al.,* in the Court of Appeals for the Fifth District of Texas at Dallas; No. 05-14-01294-CV; and

- preparation of reply brief on the merits, due July 8, 2015, in *Apache Deepwater, LLC v. McDaniel Partners, Ltd.*, in the Supreme Court of Texas, No. 14-0546.

6. This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the Reply Brief of Appellants in a way that will assist the Court in reaching a decision.

For these reasons, Appellants J.A. Green Development Corp., JAGI, Inc. and JAGI Verde LLC respectfully request that the deadline for filing their Reply Brief of Appellants be extended until Thursday, July 16, 2015.

---

[1] Counsel has moved for a 5-day extension, to July 1, 2015, in this appeal.

Respectfully submitted,

*/s/ LaDawn H. Conway*
David R. Deary
Texas Bar No. 05624900
W. Ralph Canada, Jr.
Texas Bar No. 03733800
Wilson E. Wray
Texas Bar No. 00797700
K. Adam Rothey
Texas Bar No. 24051274
LOEWINSOHN FLEGLE DEARY, LLP
12377 Merit Drive, Suite 900
Dallas, Texas  75251
Telephone: (214) 572-1700
Telecopier: (214) 571-1717
dearyd@LFDlaw.com
ralphc@LFDlaw.com
wilsonw@LFDlaw.com
adamr@LFDlaw.com

LaDawn H. Conway
State Bar No. 04715800
ALEXANDER DUBOSE JEFFERSON &
  TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas  75206-4026
Telephone: (214) 369-2358
Telecopier: (214) 369-2359
lconway@adjtlaw.com

ATTORNEYS FOR APPELLANTS
J.A. GREEN DEVELOPMENT CORP.;
JAGI, INC.; AND JAGI VERDE LLC

## CERTIFICATE OF CONFERENCE

On June 19, 2015, the undersigned conferred with counsel for Appellees, and they stated that their clients do not oppose the relief requested in this motion.

/s/ LaDawn H. Conway
LaDawn H. Conway

## CERTIFICATE OF SERVICE

On June 24, 2015, I electronically filed this Motion for Extension of Time to File Reply Brief of Appellants with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system which will send notification of such filing to the following.

James M. Welch
Joel E. Geary
VINCENT LOPEZ SERAFINO JENEVEIN, P.C.
1601 Elm Street, Suite 4100
Dallas, Texas  75201
jwelch@vilolaw.com
jgeary@vilolaw.com

Of Counsel:
Kevin M. Dinan
Timothy J. Sullivan
KING & SPALDING, LLP
1700 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 72006-4747
kdinan@kslaw.com
tjsullivan@kslaw.com

*Counsel for Appellees Grant Thornton, LLP and Jamie B. Fowler*

John T. Cox, III
David S. Coale
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
tcox@lynnllp.com
dcoale@lynnllp.com

*Counsel for Appellee Akin Gump Straus Hauer & Feld, LLP*

/s/ LaDawn H. Conway
LaDawn H. Conway